IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE M. PEREZ,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**D. K. SISTO, et al.,**<br><br>                                    Defendants. | 2:06-cv-2090-MCE-GGH<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

The Court, having considered Defendants' first request for an extension of time to respond to Plaintiff's complaint, and good cause having been found,

**IT IS ORDERED** that Defendants shall be granted until March 4, 2008, to file a response.

Dated: 2/13/08                                         /s/ Gregory G. Hollows
                                                               U.S. Magistrate Judge

pere2090.po

[Proposed] Order Granting Defendants' First Request for Extension of Time to File Response to Complaint

1