IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE M. PEREZ,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**D. K. SISTO, et al.,**<br><br>                                    Defendants. | CASE NO.: 2:06-cv-2090-MCE-GGH<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS** |

The Court, having considered Defendants' first request for an extension of time to respond to Plaintiff's discovery requests, and good cause having been found,

**IT IS ORDERED** that Defendants Cantu, Cortez and Williams are granted until December 5, 2008 to file responses to Plaintiff's interrogatories.  Defendants Lozano and Orrick need not respond to any discovery until after the Court rules on their motion to dismiss Plaintiff's complaint.

Dated: October 31, 2008                    /s/ Gregory G.Hollows
                                                               UNITED STATES MAGISTRATE JUDGE

pere2090.eot

[Proposed] Order Granting Defendants' First Request for Extension of Time to Respond to Discovery Requests



[Proposed] Order Granting Defendants' First Request for Extension of Time to Respond to Discovery Requests