EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1937
 Fax:  (916) 324-5205
 Email:  Jeff.Steele@doj.ca.gov

Attorneys for Defendants Cantu, Cortez, Durfey, Fletes, Orrick-Schlabes, Roszko, Sandy and Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE M. PEREZ,**<br><br>                          Plaintiff,<br><br>   v.<br><br>**D. K. SISTO, et al.,**<br><br>                          Defendants. | CASE NO.: 2:06-cv-2090-MCE-GGH<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |

   Defendants' second request for an extension of time to respond to Plaintiff's interrogatories was considered by this Court, and good cause appearing.

   IT IS HEREBY ORDERED that Defendants have until December 12, 2008, to file and serve their responses.

Dated: December 9, 2008                        /s/ Gregory G. Hollows
                                                                    _____
                                                                    United States District Court Magistrate Judge

pere2090.int

1