IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

        Plaintiff,                No. CIV S-06-2090 MCE GGH P

   vs.

D.K. SISTO, et al.,

        Defendants.         <u>SCHEDULING ORDER</u>

_____/

        Pursuant to Federal Rule of Civil Procedure 16(b), the court will, by this order, set a schedule for this litigation. THIS COURT ORDERS AS FOLLOWS:

        1. The parties may conduct discovery until June 5, 2009. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

        2. All pretrial motions, except motions to compel discovery, shall be filed on or before October 2, 2009. Motions shall be briefed in accordance with paragraph 7 of this court's order filed November 26, 2007. **The court will not look with favor on requests for extensions of time.**

\\\\\

\\\\\

1

1      3.  Pretrial conference and trial dates will be set, as appropriate, following
2  adjudication of any dispositive motion, or the expiration of time for filing such a motion.
3  DATED: February 26, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
pere2090.41