IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

    Plaintiff,                           No. CIV S-06-2090 MCE GGH P

    vs.

D.K. SISTO, et al.,

    Defendants.                   ORDER

_____/

        The discovery cut-off date, as set in the <u>Scheduling Order</u>, filed on 2/26/09 (docket # 39), is June 5, 2009. Defendants' request for a thirty-five day extension to serve discovery responses upon plaintiff exceeds that deadline and renders the filing of any motions to compel related to that discovery impossible.

        Accordingly, IT IS ORDERED that defendants' May 1, 2009 (docket # 45) request for an extension of time to serve responses to plaintiff's discovery requests is DENIED. Responses shall be served no later than May 11, 2009.

DATED: May 6, 2009

                                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
pere2090.dny