IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

    Plaintiff,    No. CIV S-06-2090 MCE GGH P

    vs.

D.K. SISTO, et al.,

    Defendants.    ORDER

_____/

    By the September 9, 2009, response filed at docket # 57, defendants have discharged the Order, filed on September 2, 2009 (docket # 55), requiring defendants to demonstrate that the discovery responses at issue were served upon plaintiff[1] by May 17, 2009.

    Accordingly, IT IS ORDERED that the September 2, 2009 (docket # 55), Order, has been discharged.

DATED: September 21, 2009        /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
pere2090.dsc2

---

[1] While the court inadvertently stated that defendants must show proof of having "filed" rather than "served," the responses, it was apparent that the court ordered proof of service of further responses and did not require filing of the discovery responses.