IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

       Plaintiff,                       No. CIV S-06-2090 MCE GGH P

    vs.

D.K. SISTO, et al.,

       Defendants.               <u>ORDER</u>

_____/

       Defendants lodged with the court, on October 7, 2009, a VHS video, apparently of a February 3, 2006 interview of plaintiff by a Lieutenant Herrera. The video was submitted in support of defendants' pending motion for summary judgment. The video appears to be defective and the court cannot access the interview.

       Accordingly, IT IS ORDERED that defendants' provide a functional copy of the Feb. 3, 2006 interview, identified above, forthwith and in no event beyond seven calendar days from the date of this order.

DATED: June 8, 2010                           /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
pere2090.ord