1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOSE MANUEL PEREZ,

11              Plaintiff,                    No. CIV S-06-2090 MCE GGH P

12          vs.

13    D.K. SISTO, et al.,

14              Defendants.               <u>ORDER</u>

15    _____/

16              Pursuant to the court's order filed on June 9, 2010, defendants have provided the

17    court with an accessible copy of the February 3, 2006, interview at issue.  Defendants have

18    provided a DVD of the interview, but ask for the return for their file of the original VHS tape

19    which appears to be defective.

20              Accordingly, IT IS ORDERED that defendants' June 11, 2010 (docket # 76)

21    request is granted; the original VHS tape may be retrieved from the chambers of the undersigned

22    by a representative of defendants' counsel, i.e., the state Attorney General's Office, at their

23    earliest convenience.

24    DATED: June 17, 2010                    /s/ Gregory G. Hollows

25                                            _____
                                             UNITED STATES MAGISTRATE JUDGE

26

GGH:009
pere2090.ord2