IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

        Plaintiff,                      No. CIV S-06-2090 KJM GGH P

    vs.

D.K. SISTO, et al.,

        Defendants.             ORDER

/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 11, 2011, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on April 22, 2008, February 5, 2009 and August 24, 2010. All requests were denied. The issues presented (excessive force and failure to protect) are not beyond the ability of this pro se defendant to present at trial. In light of those orders, and because the undersigned continues to find that exceptional circumstances to warrant this court's requesting voluntary assistance of counsel for plaintiff are not present in this case, Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990), the request will be denied.

////

////

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's July 11, 2011 request is
2 | denied.
3 | DATED: July 18, 2011         /s/ Gregory G. Hollows
4 |                              GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE
5 | GGH009/:md
    pere2090.31.thr