# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

      Plaintiff,                No. CIV S-06-2090 KJM GGH P

vs.

D.K. SISTO, et al.,             **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Defendants.

      Jose Manuel Perez, inmate # P-46359, a necessary and material witness in proceedings in this case on November 30, 2011, is confined in California Men's Colony, Highway 1, P.O. Box 8101, San Luis Obispo, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by video-conferencing at California Men's Colony, November 30, 2011, at 11:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Men's Colony, Highway 1, PO Box 8101, San Luis Obispo, California, 93409-8101:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 24, 2011

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

GGH:md
pere2090.841.lkktch