UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

      Plaintiff,                    NO. CIV. S-06-2090 KJM-GGH-P

   vs.

D.K. SISTO, et al.,

      Defendants.        ORDER

_____/

      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Alexandra P. Summer has been selected from the court's pro bono attorney panel to represent plaintiff, and she has accepted the appointment.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Alexandra P. Summer is appointed as counsel in the above entitled matter.

      2. Alexandra P. Summer shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

/////

/////

/////

1                3. The Clerk of the Court is directed to serve a copy of this order upon Alexandra
2    P. Summer, K&L Gates LLP, 4 Embarcadero Center, Suite 1200, San Francisco, California
3    94111.
4    DATED: December 20, 2011.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

7    pere2090.31